UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTELLECTUAL SCIENCE AND
TECHNOLOGY, INC.,

    Plaintiff,

V.                                                               HON. AVERN COHN

| | |
|---|---|
| PHILIPS ELECTRONICS NORTH AMERICA CORP., | Case No. 06-10405 |
| SONY ELECTRONICS, INC. | Case No. 06-10406 |
| PIONEER NORTH AMERICA, INC. | Case No. 06-10407 |
| US JVC CORP., | Case No. 06-10409 |
| THOMSON, INC., | Case No. 06-10410 |
| TDK ELECTRONICS CORP., | Case No. 06-10411 |
| PANASONIC CORP. OF NORTH AMERICA | Case No. 06-10412 |
| AIWA STRATEGIC ACCOUNT PARTNERSHIP, L.L.C., | Case No. 06-10415 |
| TEAC AMERICA, INC. | Case No. 06-10416 |

    Defendants.

_____/

## ORDER RE: STATUS CONFERENCE

    These are patent cases.  On April 24, 2006, the Court held a status conference to chart the course of the case.

    1.    Plaintiff is the owner of the following patents:

           A.    No. 5,748,575 ('575) - Information Processing Apparatus Having a Multitasking Function with One or More Optical Disks

        No. 6,662,239 ('239) - Information Processing Apparatus with Multitasking Capability

        No. 6,717,890 ('890) - Information Processing Apparatus Having a Multitasking Function with One or More Optical Disks

    These patents cover a dual drive CD player and recorder.  More particularly, they cover a read-read device which simultaneously reads from two turntables.

    B.    No. 6,222,799 ('799) - High-Performance Information Processing Apparatus Having Multitasking Functions

        6,785,198 ('198) - High-Performance Information Processing Apparatus Having Multitasking Functions

    These patents also cover a dual drive CD player and recorder. More particularly, they cover a read-write device which reads from a CD on one turntable and recorder to a CD on a second turntable.

2.    Within twenty (20) days, plaintiff shall designate a paradigm claim in each of the A. group and the B. group of patents.

3.    Withing twenty (20) days thereafter, defendants shall identify a representative model device of its manufacture which may allegedly infringe the A. group of patents or the B. group of patents as well as the years of manufacture and approximate yearly volumes.  Such identification is not an admission; it is simply a means to enable the Court to understand what these cases are about.

4.    Within sixty (60) days, plaintiff's counsel and Anthony Lo Cicero on behalf of defendants shall arrange a tutorial for the Court to enable it to understand the technology involved.

5.    Immediately following the tutorial, the Court will hold a status conference to discuss dispositive motions and discovery.

6.    Any requests for modification or objections to this order shall be filed within five (5) days.

SO ORDERED.

                            s/ Avern Cohn
                            AVERN COHN
Dated: April 25, 2006        UNITED STATES DISTRICT JUDGE
      Detroit, Michigan